FILED

2013 Jun-28  AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BENNETT L. PUGH, et al., | ] | |
| | ] | |
| Plaintiffs, | ] | |
| | ] | |
| v. | ] | 2:12-CV-3668-JHE |
| | ] | |
| FOREX CAPITAL TRADING | ] | |
| PARTNERS, INC., et al., | ] | |
| | ] | |
| Defendants. | ] | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 31, 2013, plaintiff Shelly Reeder filed a motion to voluntarily dismiss her case against each of the defendants pursuant to Fed. R. Civ. P. 41(a).  (Court Document 27).  In support of her motion, Ms. Reeder states that documents provided to her counsel by defendant Windsor Brokers, Ltd. demonstrate that her husband, plaintiff Richard Reeder, held his investments solely in his name and as a result, Ms. Reeder was never personally invested in the foreign exchange accounts that are the subject of this action.

By order entered June 5, 2013, the parties were allowed 11 days in which to file any opposition to Ms. Reeder's motion to dismiss.  No party has filed any opposition to the motion to dismiss.

Accordingly, the magistrate judge RECOMMENDS that Ms. Reeder's motion to dismiss (Court Document 27) be GRANTED.

Any party who objects to this report and recommendation must, within fourteen (14) days of the date on which it is entered, file specific written objections with the clerk of this court.  Any objections to the failure of the magistrate judge to address any contention raised in the petition also must be included.  Failure to do so will bar any later challenge or review

of the factual findings or legal conclusions of the magistrate judge.  *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985), *reh'g denied*, 474 U.S. 1111, 106 S.Ct. 899, 88 L.Ed.2d 933 (1986); *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).  In order to challenge the findings of the magistrate judge, a party must file with the clerk of the court written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection.  A copy of the objections must be served upon all other parties to the action.

Upon receipt of objections meeting the specificity requirement set out above, a United States District Judge shall make a *de novo* determination of those portions of the report, proposed findings, or recommendation to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. The district judge, however, need conduct a hearing only in his discretion or if required by law, and may consider the record developed before the magistrate judge, making his own determination on the basis of that record.  The district judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions.

Objections not meeting the specificity requirement set out above will not be considered by a district judge.

A party may not appeal a magistrate judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  Appeals may be made only from a final judgment entered by or at the direction of a district judge.

DONE this 27th day of June, 2013.

JOHN H. ENGLAND, III
UNITED STATES MAGISTRATE JUDGE