IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BENNETT L. PUGH, et al

    Plaintiffs,

v.                                          CV 2:12-3668-JHE

FOREX CAPITAL TRADING
PARTNERS, INC., et al

    Defendants.

## ORDER

Pursuant to the Report and Recommendation of the magistrate judge, this action with regard to the case of Shelly Reeder, is DISMISSED WITHOUT PREJUDICE.

DONE and ORDERED this the 22nd day of July, 2013.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE